No. 926. McAFFEE *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Robert I. Miller* and *Thomas M. David* for petitioner.

No. 958. WILLIAMS *v.* SANFORD, WARDEN. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Robert Henry Williams, pro se.*

No. 1028. BRADLEY *v.* SIMPSON, SOLICITOR GENERAL EX REL. OF PIEDMONT CIRCUIT, GEORGIA. June 3, 1940. Petition for writ of certiorari to the Court of Appeals of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. J. D. Bradley* and *G. Seals Aiken* for petitioner.

No. 1045. MOORE *v.* HUDSPETH, WARDEN. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Otis B. Moore, pro se.*